DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM BAKER** and **MARIS BAKER,**
Appellants,

v.

**LEAH MULLER INTERIORS, INC.,**
Appellee.

No. 4D2025-0812

[July 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312023CA000814XXXXXX.

Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, for appellants.

Casey Walker of Murphy & Walker, P.L., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***